IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DENDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 5:25-CV-00614-CLM |
| ) | **UNOPPOSED** |
| CITY OF GUNTERSVILLE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME BY DEFENDANT
CITY OF GUNTERSVILLE, ALABAMA**

Defendant City of Guntersville, Alabama ("City") moves the Court to extend its current deadline to respond to the complaint filed by plaintiff Michael Dendy by an additional thirty (30) days. As grounds, the City states:

1. Plaintiff filed his complaint against the City on April 23, 2025. (Doc. 1).

2. This is the City's third request for an extension.

3. Pursuant to the Court's order entered on September 17, 2025, the City's current deadline to respond to plaintiff's complaint is October 20, 2025. (Doc. 14).

4. The parties continue to engage in good faith efforts to resolve this matter and request additional time to facilitate these discussions before the City responds to the plaintiff's complaint. Specifically, the parties are presently

exchanging settlement offers. As previously noted, the negotiations involve complexities unique to this case that necessitate additional time for resolution.

5. Plaintiff does not oppose this motion. This was confirmed by email communications with plaintiff's counsel.

**WHEREFORE,** the City respectfully requests the Court enter an order extending its current deadline to answer plaintiff's complaint by an additional thirty (30) days or by November 19, 2025.

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Stephanie Margaret Hall (ASB-1050-F67A)

**Attorneys for defendant City of Guntersville, Alabama**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
smh@lanierford.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

STUART M. MAPLES
**THOMPSON BURTON PLLC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Telephone: (256) 489-9779
Email: smaples@thompsonburton.com

                                              *S/C. Gregory Burgess*
                                              C. Gregory Burgess